■　In the Matter of DENNIS P. LUBCHUK, an Infant, Appellant, v. COUNTY COURT, QUEENS COUNTY, Respondent.— In a proceeding under article 78 of the Civil Practice Act, for an order of prohibition, the petitioner-appellant moves to stay his trial in the County Court, Queens County, pending the determination by this court of his appeal from an order dismissing this proceeding. Motion denied. Ughetta, Acting P. J., Kleinfeld, Christ, Hill and Rabin, JJ., concur.

■　In the Matter of WILLIAM H. RICH, Appellant, v. ROBERT E. HERMAN, as State Rent Administrator, Respondent.— In a proceeding under article 78 of the Civil Practice Act, to review and set aside respondent's determination, the petitioner-appellant moves to stay the issuance of a warrant of eviction in a summary proceeding in the Municipal Court of the City of New York, pending the determination by this court of the appeal from the order dismissing this article 78 proceeding. Motion denied. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hill, JJ., concur.

■　VICTOR H. GILKES, Appellant, v. ICEMA CLARK, Respondent.— Motion by respondent to dismiss appeal granted; appeal dismissed. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hopkins, JJ., concur.

■　THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GUSTAVO GONZALEZ, Appellant.— Motion by appellant to vacate order dated January 15, 1962, dismissing his appeal from an order denying, without a hearing, his *coram nobis* application. Motion granted; order vacated. Motion by appellant to enlarge his time to perfect his appeal, granted; time enlarged to the April Term, beginning March 26, 1962; appeal ordered on the calendar for said term. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hopkins, JJ., concur.

■　In the Matter of IRVING GINGOLD, an Attorney, Respondent. DENIS M. HURLEY, Petitioner.— Motion by respondent for leave to appeal to the Court of Appeals, denied. Motion by respondent to amend the order of the court, dated January 8, 1962, suspending him from the practice of the law, by postponing the effective date of such suspension. Motion granted and order amended to the extent of changing the effective date of suspension to March 1, 1962. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

---

## (January 31, 1962)

■　MILTON GOLDWORTH, Respondent, v. CLAIRE WALTER et al., Appellants. — Motion by appellants for a stay, pending appeal, granted, on condition that appellants perfect the appeal and be ready to argue or submit it at the March Term, beginning February 26, 1962; appeal ordered on the calendar for said term. The record and appellants' brief must be served and filed on or before February 16, 1962. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hopkins, JJ., concur.